FILED.

DATED: 11:40 am, May 27, 2020

U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DANIEL ANTHONY ANGUIANO,

    Defendant.

Case No.: 2:20-mj-00431-DJA

SEALING ORDER

## SEALING ORDER

Based on the pending Application of the Government, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Affidavit, together with the Court's Order, in the above-captioned matter shall be sealed until the execution of the warrants or further Order of the Court.

DATED this 27th day of May 2020.



_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE