RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
BRANDON C. JAROCH
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brandon_Jaroch@fd.org

Attorney for Daniel Anguiano

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ANGUIANO,<br><br>　　　　Defendant. | Case No. 2:20-mj-00431-DJA<br><br>ORDER **TO CONTINUE PRELIMINARY EXAMINATION HEARING**<br>(First Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brandon C. Jaroch, Assistant Federal Public Defender, counsel for Daniel Anguiano, that the Preliminary Examination Hearing currently scheduled on June 18, 2020, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Counsel for the defendant needs additional time to conduct investigation in this case, to meet with the client, and to prepare for the preliminary hearing should one occur.

　　　　2.　　The defendant is not in custody and agrees with the need for the continuance.

　　　　3.　　The parties agree to the continuance.

1   This is the first request for a continuance of the Preliminary Hearing.

2   DATED this 8th day of June, 2020.

3

4   RENE L. VALLADARES  NICHOLAS A. TRUTANICH
    Federal Public Defender  United States Attorney

5

6

7   By */s/ Brandon C. Jaroch*  By */s/ Robert Knief*
    BRANDON C. JAROCH  ROBERT KNIEF
8   Assistant Federal Public Defender  Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANIEL ANGUIANO,<br><br>　　　　Defendant. | Case No. 2:20-mj-00431-DJA<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, June 18, 2020, at 4:00 p.m., be vacated and continued to August 21, 2020, at the hour of 4:00 pm in Courtroom 3A

DATED this 10th day of June, 2020.

_____
DANIEL J. ALBREGTS
U.S. Magistrate Judge

3